# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0028
LT Case No. 35-2008-CF-834-A

_____

STACY L. FREEMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Stacy L. Freeman, Arcadia, pro se.

No Appearance for Appellee.

July 1, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 50 Fla. L. Weekly S108 (Fla. June 3, 2025), *cert. denied sub nom., Wainwright v. Florida*, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025) (concluding "even if *Erlinger* [*v. United States*, 602 U.S. 821 (2024),] constitutes a change of law, it does not apply retroactively.").

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____